

# IN THE
# TENTH COURT OF APPEALS

## No. 10-13-00013-CR

THE STATE OF TEXAS,

Appellant

v.

DAVID WAYNE HARTLEY,

Appellee

From the 272nd District Court
Brazos County, Texas
Trial Court No. 10-02624-CRF-272

## MEMORANDUM OPINION

The State of Texas appealed the trial court's decision to grant the defendant's motion for new trial. The State's Motion to Withdraw State's Notice of Appeal and Dismiss State's Appeal has now been filed.

The State's motion is granted. *See* TEX. R. APP. P. 42.2. The appeal is dismissed.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed February 14, 2013
Do not publish
[CR25]